A. L. Brown and Mary J. Brown, defendants in error, v. Roy E. Wilson, plaintiff in error.

People ex rel. Roy E. Wilson, plaintiff in error, v. A. L. Brown and Mary J. Brown, defendants in error.

Habeas corpus to obtain custody of plaintiff's minor daughter. Adoption proceedings begun by the grandparents. Writ of habeas corpus denied and order of adoption made. Writ of error prosecuted in each case and the two consolidated by agreement. Error to the Circuit Court of Sangamon county; the Hon. John B. Weaver, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed October 25, 1921.

Charles E. Gard and Robert H. Patton, for plaintiff in error. A. M. Fitzgerald and W. A. Ruegg, for defendants in error.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

George W. Taylor, appellee, v. Frank Rowden, appellant.

Action to recover commissions for the sale of real estate. Judgment for plaintiff. Appeal from the Circuit Court of Jersey county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed October 25, 1921.

Sumner & Reardon, for appellant. Chatman & Du Hadway and Paul M. Hamilton, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

John R. Abbott, appellee, v. County of Adams et al., appellants.

Bill to restrain the carrying out of a contract between the county and an individual for services as an attorney upon a stipulated salary. Bill dismissed upon demurrer for want of equity. Appeal from the Circuit Court of Adams county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 25, 1921. Certiorari denied by Supreme Court (making opinion final).

George W. Govert and C. H. Wood, for appellants. Roy D. Johnson, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Confer Company, appellant, v. D. J. Holterman et al., appellees.

Assumpsit upon a guaranty of performance of a contract whereby plaintiff was to furnish merchandise to defendant's principal for sale to his customers. Judgment for defendants upon an instructed verdict. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed October 25, 1921.

Joseph P. Gulick and Dobbins & Dobbins, for appellant. Green & Palmer, for appellees; Henry I. Green, William M. Acton and Oris Barth, of counsel.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

John Chavis, appellee, v. Danville Street Railway & Light Company, appellant.

Action for damages done to plaintiff's truck in a collision with